| ELISA KNOWLES COLLINS | * | NO. 2024-CA-0484 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| LESLIE RICARD CHAMBERS, HON. MARCUS L. HUNTER, | * | FOURTH CIRCUIT |
| AND NANCY LANDRY IN HER CAPACITY AS THE | * | STATE OF LOUISIANA |
| SECRETARY OF STATE FOR | * | |
| THE STATE OF LOUISIANA | | |
| | * | |

* * * * * * *

JCL

**LOBRANO, J., CONCURS IN PART AND DISSENTS IN PART FOR THE REASONS ASSIGNED BY JENKINS, J.**